**FILED**

April 29, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:10-mj-00109-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| BOB AN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Bob An</u>; Case <u>2:10-mj-00109-KJN</u> from custody

subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the

following reasons:

            _    Release on Personal Recognizance

            _    Bail Posted in the Sum of _____

            X    Unsecured Appearance Bond in the amount of <u>$100,000.00 co-signed</u>

                     <u>by Tiffany An.</u>

            _    Appearance Bond with 10% Deposit

            _    Appearance Bond secured by Real Property

            _    Corporate Surety Bail Bond

            X    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/29/10</u> at <u>11:00 AM</u>.

By _____

Kendall J. Newman
United States Magistrate Judge