```
Law Offices of Ron Peters
RON PETERS (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone:  (916) 922-9270
Facsimile:  (916) 922-2465
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
BOB AN
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: CASE NO.: 10-cr-168 (JAM) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | FROM February 22, 2013 TO |
| | ) | April 9, 2013 |
| BOB AN, | ) | |
| | ) | |
| Defendant, | ) | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Todd Leras, Assistant United States Attorney, and defendant Bob An, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the judgment and sentencing hearing scheduled for February 19, 2013, at 9:45 am should be continued to April 9, 2013 at 9:45 a.m.

    After discussions with the probation office and United States Attorney the presentence report could not be timely completed due to the need to collect additional information by all parties involved. This has also been complicated because the defendant requires the services of an interpreter whose availability is limited due to the number of non English speaking co-defendants.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from February 19, 2013, to and including April 9, 2013.

| | |
|---|---|
| 1  DATE: January 9, 2013 | Respectfully Submitted, |
| 2 | BENJAMIN B. WAGNER |
| 3 | United States Attorney |

DATE: January 9, 2013

*/s/ Todd Leras*
TODD LERAS
**Assistant U.S. Attorney**

DATE: January 9, 2013

/s/Ron Peters
RON PETERS
Attorney for Defendant
**Bob An**

**ORDER FINDING EXCUSABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to February 19, 2013 at 9:45 a.m. The court finds excusable time in this matter from February 19, 2013 through April 9, 2013 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

Date:   1/9/2013

/s/ John A. Mendez

**JOHN A. MENDEZ**
**United States District Court Judge**

The Probation Officer and all parties shall adhere to this schedule and unless its later modified by this court.

| | |
|---|---|
| Judgment and sentencing date: | 04/09/2013 |
| Reply or statement of non-opposition: | 04/02/2013 |
| Motion for correction of the Pre-Sentence report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 03/26/2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than | 03/19/2013 |
| Counsel's written objections to the Pre Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than | 03/12/2013 |