**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**BOB AN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>              Plaintiff,                    )<br>                                                       )<br>v.                                                  )<br>                                                       )<br>BOB AN,                                      )<br>                                                       )<br>              Defendant,                 )<br>                                                       ) | CASE NO.: CASE NO.: 10-cr-168  JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br>FROM APRIL 9, 2013 TO APRIL 30, 2013 |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Todd Leras, Assistant United States Attorney, and defendant Bob An, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the judgment and sentencing hearing scheduled for April 9, 2013, at 9:45 am should be continued to April 30, 2013 at 9:45 a.m.

    The defendant requires additional time to address  issues relating to safety vale eligibility

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from April 9, 2013, to and including April 30, 2013.

///

///

///

| | |
|---|---|
| DATE: April 4, 2013 | Respectfully Submitted,<br>BENJAMIN B. WAGNER<br>United States Attorney |
| DATE: April 4, 2013 | */s/ Todd Leras*<br>TODD LERAS<br>**Assistant U.S. Attorney** |
| DATE: April 4, 2013 | /s/Ron Peters<br>RON PETERS<br>Attorney for Defendant<br>**Bob An** |

## ORDER FINDING EXCUSABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to April 9, 2013 at 9:45 a.m. The court finds excusable time in this matter from April 9, 2013 through April 30, 2013 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED**

Date:  4/4/2013                                             /s/ John A. Mendez

**JOHN A. MENDEZ**
**United States District Court Judge**