UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez  **RE:  Bob An**
United States District Judge       **Docket Number:  0972 2:10CR00168-002**
Sacramento, California             **PERMISSION TO TRAVEL**
                                   **OUTSIDE THE COUNTRY**

Your Honor:

Bob An is requesting permission to travel to Toronto, Canada. Bob An is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 30, 2013, Bob An was sentenced for the offense of 21 USC 841(a)(1), Manufacturing at Least 100 Marijuana Plants (Class B Felony).

**Sentence Imposed:**  Time Served, 60 months Supervised Release, and $100 Special Assessment (Paid).

**Dates and Mode of Travel:**  From May 26, 2017, through June 3, 2017. Traveling by Canada Air – Airlines.

**Purpose:**  To visit great aunt and vacationing with wife and family.

1

**RE: Bob An
Docket Number: 0972 2:10CR00168-002
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated: April 26, 2017
Fresno, California
TDM/rmv

/s/ Brian J. Bedrosian
**REVIEWED BY:** **BRIAN J. BEDROSIAN
Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved ☐ Disapproved

**5/2/2017**                          /s/ John A. Mendez
**Date**                              **John A. Mendez
                                      United States District Court Judge**